**Order entered April 1, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00105-CV

**DEBORAH ANN MOON, Appellant**

**V.**

**CARL JOHN SCHEEF, III, Appellee**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-55705-2018**

### ORDER

Before the Court is court reporter Tanner Feast's March 30, 2020 request for a forty-five day extension of time to file the reporter's record. She explains the extension is necessary, in part, because payment has been made for her portion of the record but not for the portion of the record court reporter Crystal Cary will prepare.

We **GRANT** the request as follows. We **ORDER** appellant to file, no later than April 13, 2020, written verification she has paid or made arrangements to pay

Ms. Cary's fee.  We further **ORDER** the record be filed no later than May 13, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Feast; Ms. Cary; and, the parties.

/s/     KEN MOLBERG
        JUSTICE